IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SEAN BRADLEY KELLIM
ADC #142232 PLAINTIFF

v. No. 3:26-cv-243-DPM

GREENE COUNTY DETENTION FACILITY, Medical Staff; KELLY, Nurse (RN), Medical Staff, Greene County Detention Center; and ALLISON BATEMAN, Nurse (LPN), Medical Staff, Greene County Detention Center DEFENDANTS

# ORDER

Unopposed recommendation, *Doc. 5*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Kellim's complaint will be dismissed without prejudice. Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

1 October 2026