IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SEAN BRADLEY KELLIM**
**ADC #142232** **PLAINTIFF**

**v.** **No. 3:26-cv-243-DPM**

**GREENE COUNTY DETENTION FACILITY, Medical Staff; KELLY, Nurse (RN), Medical Staff, Greene County Detention Center; and ALLISON BATEMAN, Nurse (LPN), Medical Staff, Greene County Detention Center** **DEFENDANTS**

# JUDGMENT

Kellim's complaint is dismissed without prejudice.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

1 October 2026